TOBIAS, J.,
Concurs in the Result and Assigns Reasons.
hi concur in the result because the ultimate result in this case reached by the majority is correct. I find it appropriate, however, to use this case to resolve the conflict in the jurisprudence of this circuit between State v. Fluker, 618 So.2d 459 (La.App. 4th Cir.1993) and State v. Wischer, 04-0325 (La.App. 4 Cir. 9/22/04), 885 So.2d 602. See also, State v. Freeman, 427 So.2d 1161 (La.1983); State v. Jefferson, 04-1960 (La.App. 4 Cir. 12/21/05), 922 So.2d 577; State v. Stukes, 08-1217 (La.App. 4 Cir. 9/9/09), 19 So.3d 1233; State v. Black, 09-1664 (La.App. 4 Cir. 6/17/10), 41 So.3d 1243. The court should resolve the conflict en banc.